IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW KOPACZ and LAURA KOPACZ, *f/k/a Laura Walker*,<br><br>              Plaintiffs,<br>     vs.<br><br>FINANCIAL RECOVERY CENTER, INC., JOHN PUGLIESE, JAMISON HAYES, and TODD LARABA, *individually and d/b/a Financial Recovery Center, Inc.*,<br><br>              Defendants. | Civil Action No.<br><br>5:08-cv-05323-JHS |

## DISCLOSURE STATEMENT FORM

**Please check one box:**

**✗**   The nongovernmental corporate party, Financial Recovery Center, a foreign corporation, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate parties,                          , in the above listed civil action have the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

Date: <u>August 17 2009</u>       By:   *Andrew M. Schwartz*/AMS121
                                **Attorneys for Defendant Financial Recovery Center, Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW KOPACZ and LAURA KOPACZ, *f/k/a Laura Walker*,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>FINANCIAL RECOVERY CENTER, INC., JOHN PUGLIESE, JAMISON HAYES, and TODD LARABA, *individually and d/b/a Financial Recovery Center, Inc.*,<br><br>　　　　　　Defendants. | Civil Action No.<br><br>5:08-cv-05323-JHS |

## CERTIFICATE OF SERVICE

I, Andrew M. Schwartz, Esquire, do hereby certify that a true and correct copy of Financial Recovery Center, Inc.'s Rule 7.1 Disclosure Statement Form was served upon counsel of record by ECF on <u>August 17, 2009</u>.

　　　　　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　　　　　　　COLEMAN & GOGGIN


　　　　　　　　　　By:　　*(s)Andrew M. Schwartz*/AMS121
　　　　　　　　　　　　　　**Andrew M. Schwartz**